Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch Street, Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com
Attorneys for Plaintiff: CARMEN JOHN PERRI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CA 199 ARCADIA OWNER, LLC, a Delaware limited liability company; and DOES 1-10, inclusive<br><br>Defendants. | CASE No.: 2:20-cv-05849-RSWL-SP<br><br>**Plaintiff's Application for Default Judgment by Court as to Defendant CA 199 ARCADIA OWNER, LLC, a Delaware limited liability company**<br><br>Hon. Ronald S.W. Lew<br><br>Date: November 17, 2020<br>Time: 10:00 a.m.<br>Ctrm: TBD |

To Defendant CA 199 ARCADIA OWNER, LLC, a Delaware limited liability company and their attorneys of record, if any: Please take notice that on **November 17, 2020 at 10:00 a.m.** or as soon thereafter as this matter may be heard by this Court located at 350 West 1st Street, Courtroom TBD, Los Angeles, CA 90012, Plaintiff Carmen John Perri will present his application for default judgment against Defendant CA 199 ARCADIA OWNER, LLC, a Delaware limited liability company. The Clerk

has previously entered the default on Defendant CA 199 ARCADIA OWNER, LLC, a Delaware limited liability company on September 24, 2020.

At the time and place of the hearing, Plaintiff will present proof of the following matters; (1) Defendant is neither a minor nor incompetent person nor in military service or otherwise exempted under the Soldier and Sailor's Relief Act of 1940; (2) Defendant has not appeared in this action; and (3) Plaintiff is entitled to judgment against Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, including violations of the 2010 ADAAG Sections 406.5, 406.1, and the Unruh Civil Rights Act.

Plaintiff seeks an Order directing Defendant to remediate and provide accessibility features that comport with the 2010 ADAAG for the property located at 199 North Second Ave., Arcadia, CA 91006. Plaintiff further seeks $4,000.00 in statutory damages and $3,932.00 in attorney fees and costs as set forth in the attached declaration of Joseph R. Manning, Jr. and declaratory relief. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this original application for default judgment by court was served on Defendant CA 199 ARCADIA OWNER, LLC, a Delaware limited liability company on October 12, 2020, by first class United States Mail, postage prepaid.

Dated: October 12, 2020 **MANNING LAW, APC**

By: /s/ *Joseph R. Manning Jr.*
Joseph R. Manning Jr., Esq.
Attorneys for Plaintiff

MANNINGLAW, APC
20062 S.W. BIRCH ST., STE. 200
NEWPORT BEACH, CA 92660